In the Matter of the Judicial Settlement of the Account of Charles E. McDermott, as Administrator, etc., of John McDermott, Deceased.— Reargument ordered and cause set down for Wednesday, January 10, 1912.  Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Examination of Union Bank of Brooklyn. George C. Van Tuyl, Jr., Superintendent of Banks of the State of New York, etc., Respondent; Edward M. Grout, Appellant.  (Appeal No. 1.)— Appeal dismissed on reargument, with ten dollars costs and disbursements. No opinion.   Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Abe Manevitz, Respondent, v. George W. Averell, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Burr, Thomas and Woodward, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

Marguerite Romeo, Respondent, v. Vincenzo Romeo, Appellant.— Order modified on reargument by fixing the alimony at twelve dollars per week without restitution of any sum paid under the order appealed from, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Michael Callahan, Respondent, v. The Munson Steamship Line, Appellant, Impleaded with American Sugar Refining Company of the State of New York, Defendant — Judgment and order affirmed, with costs, on the authority of *Callahan* v. *Munson Steamship Line* (141 App. Div. 791). Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Thomas, J., dissented.

Michael Goldberg, by Samuel Goldberg, His Guardian ad Litem, Appellant, v. James Graham, Respondent.— Motion for reargument denied, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John Hartman, Respondent, v. Berlin & Jones Envelope Company, Appellant.— Motions denied, without costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Morris Grossman, Respondent, v. Sarah Bresson, Defendant, Impleaded with David Mendelson, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

In the Matter of the Application of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, etc., to Acquire Real Estate, etc.  (Hill View Reservoir, Section No. 1.)— Order reversed, with ten dollars costs and disbursements, on the authority of *Matter of Simmons* (141 App. Div. 120), and motion to confirm award granted, with costs. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Samuel Rubel and Isidore Rubel, Appellants, v. Herman Stelljes and Christ Schroeder, Respondents.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. There is a conflict of evidence as to what occurred on the thirteenth of May, but, giving to defendants the full benefit of the evidence introduced on their behalf, it